IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GERALD W. FLETCHER,

      Appellant,

 v.

Case No.  5D21-1762
LT Case No. 2017-DR-77

CHERILL KENNEDY,

      Appellee.

_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Hernando County,
Thomas R. Eineman, Judge.

Gerald W. Fletcher, Floral City, pro se.

Karen C. Ozyjowski, of Law Office of
Karen C. Ozyjowski, P.A., Spring Hill, for
Appellee.

PER CURIAM.

    AFFIRMED.


EVANDER, EISNAUGLE and TRAVER, JJ., concur.